UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO LOPEZ M.,[1]<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LELAND DUDEK, acting Commissioner of Social Security,[2]<br><br>　　　　　Defendant. | Case No. 2:23-cv-08482-FLA (PD)<br><br>**ORDER ACCEPTING REPORT AND ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

---

[1] Plaintiff's name is partially redacted in accordance with Fed. R. Civ. P. 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the United States Judicial Conference.

[2] Leland Dudek became the Acting Commissioner of Social Security on February 18, 2025. Pursuant to Fed. R. Civ. P. 25(d), he is substituted for Martin O'Malley as the defendant in this suit.

1     Pursuant to 28 U.S.C. § 636, the court has reviewed the Complaint, Dkt. 1, the records on file, and the Report and Recommendation of United States Magistrate Judge ("Report"), Dkt. 20.  No objections to the Report were filed.

    The court ACCEPTS and ADOPTS the Report.  The decision of the Administrative Law Judge is REVERSED, and this matter is REMANDED on an open record to the Social Security Administration.

    IT IS SO ORDERED.

Dated: March 17, 2025

                                     FERNANDO L. AENLLE-ROCHA
                                     United States District Judge