UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO LOPEZ M.,[1] <br><br> Plaintiff, <br><br> v. <br><br> LELAND DUDEK, acting Commissioner of Social Security,[2] <br><br> Defendant. | Case No. 2:23-cv-08482-FLA (PD) <br><br> **JUDGMENT** |

 Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

 IT IS HEREBY ADJUDGED that the decision of the Administrative Law Judge is REVERSED and this matter is REMANDED to the Social Security

---

[1] Plaintiff's name is partially redacted in accordance with Fed. R. Civ. P. 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the United States Judicial Conference.

[2] Leland Dudek became the Acting Commissioner of Social Security on February 18, 2025. Pursuant to Fed. R. Civ. P. 25(d), he is substituted for Martin O'Malley as the defendant in this suit.

Administration on an open record for further proceedings.

    IT IS SO ORDERED.

Dated: March 17, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge