UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO LOPEZ MENDOZA,<br><br>               Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>               Defendant. | Case No. 2:23-cv-08482-FLA (PDx)<br><br>**ORDER APPROVING STIPULATION FOR THE AWARD OF ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT [DKT. 23]** |

1

On June 10, 2025, the parties filed a stipulation ("Stipulation") for the award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"). Dkt. 23.

The court, having considered the parties' Stipulation and finding good cause therefor, hereby APPROVES the Stipulation and ORDERS Plaintiff be AWARDED attorney's fees under the EAJA in the amount of $5,883.58, subject to the terms of the parties' Stipulation.

IT IS SO ORDERED.

Dated: June 18, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2